IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11417
Conference Calendar

_____

CEVERO GONGORA CASTILLO,

Plaintiff-Appellant,

versus

TEXAS BOARD OF PARDONS & PAROLES;
A. O'BRYAN, Supv. Off.

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3-96-CV-2430-D
- - - - - - - - - -
June 18, 1997

Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Cevero Gongora Castillo, #498841, appeals the dismissal of

his § 1983 action as frivolous pursuant to 28 U.S.C.

§ 1915(e)(2). Castillo's challenge to his place of confinement

lacks an arguable basis in law, and his challenge to the fact of

his confinement is not cognizable in a § 1983 action. See

Meachum v. Fano, 427 U.S. 215, 224-25 (1976); Jackson v. Vannoy,

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

49 F.3d 175, 177 (5th Cir. 1995). The district court did not err in dismissing the action as frivolous pursuant to § 1915(e)(2). See Neitzke v. Williams, 490 U.S. 319, 325 (1989).

This appeal is frivolous and is hereby dismissed. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5th Cir. R. 42.2. We caution Castillo that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, Castillo is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.